5/20/14

DKC 14 CR 0249

Dear US Court,

I am Mingchao Ma. I want to appeal a case. The docket No. (Violation Number) of this case is: 4397662. I appeared in the court in 5/14/2014 for "plea of not guilty". The result was "Finding of guilty". I was feeling the result is not fair with me.

Please let me know what I need to next.

Thanks

Mingchao Ma

301-792-1641

GORDONMA@LIVE.COM

261 Congressional Lane, Apt. 614

Rockville, MD 20852