# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## DISPOSITION SHEET

DKC 14 CR 0249

- [ ] USMJ Connelly
- [ ] USMJ Day
- [x] USMJ DiGirolamo
- [ ] USMJ Gallagher
- [ ] USMJ Gauvey
- [ ] USMJ Gesner
- [ ] USMJ Grimm
- [ ] USMJ Schulze

- [ ] AAFB
- [ ] Annapolis
- [ ] APG
- [ ] Ft. Detrick
- [ ] Ft. Meade
- [x] Greenbelt
- [ ] Pax River
- [ ] SSA
- [ ] VA
- [ ] Other

Name: Minschao Ma
Date: 5/14/14
Docket No.: 4397662
Date of Offense: 3/18/2014

Counsel: ____
- [ ] AFPD
- [ ] CJA
- [ ] RET

FTR Log:
Start: 10:29 AM   End: 10:43 AM

Officer/USPO/Agent: Keishaw  (circled)
AUSA/SAUSA: Weisman  (circled)

---

- [ ] Felony
- [ ] Financial Affidavit
- [ ] Misdemeanor
- [ ] Defendant to Retain Counsel
- [x] Petty Offense
- [ ] Court to Appoint Counsel
- [ ] Initial Appearance
- [ ] AFPD
- [ ] Detention Hearing/P.E.
- [ ] CJA
- [ ] Bond Review
- [ ] Rule 11 Plea
- [ ] Promise to Appear
- [x] Trial
- [ ] PR Release
- [ ] PSI Requested
- [ ] Bond Set
- [ ] Sentencing
- [ ] Detained
- [ ] P.V. – I.A.
- [ ] P.V. – Rev. Hearing
- [ ] Judgment (J&C)
- [ ] Writ (H.C.)
- [ ] Remand (Baltimore)
- [ ] Complaint Filed
- [ ] Remand (Greenbelt)
- [ ] Remand (Other)
- [ ] Consent Filed
- [ ] Motion to Suppress
- [ ] Motion in Limine
- [ ] Motion for Discovery
- [ ] Next Court Date
- [ ] Other

Count #1: Fail to Stop @ Stop Sign
Code: MTTA 21-707(a)
* Plea of Not Guilty

Count #2: ____
Code: ____
* Finding of Guilty
$85 F   $5 SA   $25 PF

Count #3: ____
Code: ____

Count #4: ____
Code: ____

14 days to appeal (clerks office)